UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 23-1716 JGB (MAAx) | Date | January 2, 2024 |
| Title | *Rocio Butler v. Mercedes-Benz USA, LLC, et al.* | | |

Present: The Honorable     JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **Order to Show Cause (IN CHAMBERS)**

On July 13, 2023, plaintiff Rocio Butler ("Plaintiff") filed a complaint in Riverside County Superior Court against defendant Mercedes-Benz ("Defendant"). ("Complaint," Dkt. No. 1-1.) On August 23, 2023, defendant removed the case to this Court. (Id.)

On August 30, 2023, Defendant filed a motion to dismiss Plaintiff's third cause of action. ("MTD," Dkt. No. 12.) On September 1, 2023, Plaintiff opposed the MTD. (Dkt. No. 14.) On September 18, 2023, Defendant replied. (Dkt. No. 15.) On September 26, 2023, the Court granted in part and denied in part the MTD. ("Order," Dkt. No. 16.) The Court dismissed Plaintiff's third cause of action and granted Plaintiff leave to amend the Complaint no later than October 6, 2023. (Order at 7.) To date, Plaintiff has not filed an amended complaint nor has Defendant filed an answer to the Complaint.

Federal Rule of Civil Procedure 41(b) grants the Court authority to sua sponte dismiss actions for failure to prosecute or failure to comply with court orders. See Fed. R. Civ. P. 41(b); Wolff v. California, 318 F.R.D. 627, 630 (C.D. Cal. 2016). A plaintiff must prosecute her case with "reasonable diligence" to avoid dismissal pursuant to Rule 41(b). Anderson v. Air W., Inc., 542 F.2d 522, 524 (9th Cir. 1976).

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed.

Fed. R. Civ. Proc. 4(m).  Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States).  Fed R. Civ. Proc. 12(a)(1).

In the present case, it appears that one or more of these time periods has not been met. Accordingly, the Court, on its own motion, orders plaintiff to show cause in writing on or before **January 12, 2024**, why this action should not be dismissed as to the applicable defendants for lack of prosecution.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument.  The Order to Show Cause will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by the plaintiff is due.

**IT IS SO ORDERED.**